**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-22 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| GREGORY ADAM PLUMLEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on January 24 2019 and a Supplemental Report was filed on July 31, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on August 26, 2019. The defendant admitted to the following violations:

      1. New Law Violation
      2. Contact with Felon without Permission
      3. Failure to Refrain from Alcohol Use

The magistrate judge filed a report and recommendation on August 26, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on October 3, 2019. Defendant Gregory Adam Plumley was present and represented by Attorney Brian P. Downey. The United States was represented by Assistant United States Attorney Michelle Baeppler. United States Probation Officer Matti Liebler was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of seven months to run consecutive to his undischarged state sentence in Cuyahoga County Common Pleas Court Case CR-19-636221.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: October 3, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**